IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES KEARNEY<br>*Plaintiff* | : | CIVIL ACTION |
| | : | |
| | : | NO. 17-2363 |
| v. | : | |
| | : | |
| GOOD START GENETICS, INC.<br>*Defendant* | : | |
| | : | |

# ORDER

**AND NOW**, this 8th day of December 2017, upon consideration of the *motion to dismiss for lack of personal jurisdiction and improper venue, or alternatively motion to transfer venue* filed by Defendant Good Start Genetics, Inc. ("Defendant"), [ECF 10], the response in opposition thereto filed by Plaintiff James Kearney ("Plaintiff"), [ECF 11], Defendant's reply, [ECF 14], and the allegations contained in Plaintiff's complaint, [ECF 1], it is hereby **ORDERED**, for the reasons set forth in the accompanying Memorandum Opinion, that the motion to dismiss is **GRANTED**, and this matter is dismissed for lack of personal jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(2).

BY THE COURT:

/s/ Nitza I. Quiñones Alejandro
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*